IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE THE MATTER OF THE | ) | |
| APPOINTMENT OF FULL-TIME | ) | 2:06MC3326-MEF |
| MAGISTRATE JUDGES | ) | |

# ORDER

Two vacancies exist in the office of United States Magistrate Judge for the Middle District of Alabama and the Court is authorized to fill these vacancies by the appointment of two full-time United States magistrate judges for the Middle District of Alabama at Montgomery, Alabama. The United States Magistrate Judges Act, 28 U.S.C. §§ 641, *et seq.*, and regulations issued pursuant to the Act by the United States Judicial Conference, require that a merit selection panel comprised of lawyers and nonlawyers be appointed to review all applicants for the position of Magistrate Judge and report to the Court their findings as to which applicants the panel finds most qualified to serve.  Public notice is also required. Accordingly, it is

ORDERED by this Court that the following citizens of the Middle District of Alabama be and they are hereby appointed to constitute the Merit Selection Panel.

| | |
|---|---|
| David B. Byrne, Jr. | Chair (lawyer) |
| Yvette Smiley-Smith | nonlawyer |
| Fred D. Gray | lawyer |
| Larry T. Menefee | lawyer |
| Joseph T. Nash | nonlawyer |
| Cheryl Harrison | lawyer |
| Anne Stone Sumblin | lawyer |
| Lt. Gen.(Ret.) Ellis D. Parker | nonlawyer |
| Lee Copeland | lawyer |

The appointment of the Merit Selection Panel is effective June 20, 2006.  The Panel

recommend to the district judges of this Court, in confidence, on or before September 18, 2006, the ten (10) persons whom the Merit Selection Panel considers best qualified for appointment.

Public notice has been given of the vacancies in the office of United States Magistrate Judge. The public notice requires that all applications must be received no later than July 21, 2006. Those applications will be submitted to Debra P. Hackett, Clerk of the Court. The Clerk will be available to furnish any necessary clerical assistance to the Merit Selection Panel.

The Clerk of the Court is DIRECTED to furnish to each Merit Selection Panel member a copy of this Order and the public notice and to provide of copy of this order to the Magistrate Judge Division of the Administrative Office of the United States Courts.

Done this 20th day of June, 2006.

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE

_____
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE

_____
W. KEITH WATKINS
UNITED STATES DISTRICT JUDGE